RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 26 2025

DANIEL J. McCOY, CLERK
BY: _____

# UNITED STATES DISTRICT COURT
для the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MATTHEW REARDON | ) | Case No. |
| | ) | 6:25-MJ-00153 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __AUGUST 25, 2025__ in the county of __LAFAYETTE__ in the __WESTERN__ District of __LOUISIANA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 41 C.F.R. § 102-74.390 | All persons entering in or on Federal property are prohibited from loitering, exhibiting disorderly conduct or exhibiting other conduct on property that—<br>(a) Creates loud or unusual noise or a nuisance;<br>(b) Unreasonably obstructs the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, or parking lots<br>A person found guilty of violating any rule or regulation in this subpart shall be fined under title 18 U.S.C, imprisoned for not more than 30 days, or both. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*
DUSM Hayden Nugent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/26/2025

_____
*Judge's signature*

City and state: Lafayette, Louisiana

Carol B. Whitehurst
*Printed name and title*