UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 6:25-CR-00227-01 |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE CAROL B WHITEHURST |
| | * | |
| MATTHEW REARDON | * | |

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT** I
**LOITERING, EXHIBITING DISORDERLY CONDUCT OR EXHIBITING OTHER CONDUCT ON FEDERAL PROPERTY**
**41 C.F.R. § 102-74.390**

On or about the 25th day of August 2025, within the Western District of Louisiana, the defendant, **MATTHEW REARDON,** did knowingly and intentionally create loud or unusual noise or a nuisance and/or unreasonably obstructed the usual use of entrances, foyers, lobbies, corridors, in or on Federal property, all in violation of 41 C.F.R. § 102-74.390. [41 C.F.R. § 102-74.390 punishable by 41 C.F.R. § 102-74.450]

ALEXANDER C. VAN HOOK
Acting United States Attorney

*/s/ LaDonte A. Murphy*
LADONTE A. MURPHY, La. Bar No. 31272
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618