UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO:   6:25-MJ-00153 |
| | 6:25-CR-00227-CBW-1 |
| VERSUS | |
| | MAGISTRATE JUDGE WHITEHURST |
| MATTHEW REARDON | |

### DEFENDANT'S MOTION TO DISMISS THE BILL OF INFORMATION

NOW INTO COURT, through the undersigned counsel, comes Defendant Matthew Reardon, who respectfully moves this Court pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B) to dismiss the Bill of Information filed against him. Mr. Reardon's motion is based on the grounds that the charged conduct constitutes protected expression under the First Amendment to the United States Constitution, that the prosecution seeks to punish his exercise of fundamental rights of free speech, press, and petition for redress of grievances, and that 41 C.F.R. § 102-74.390 is facially overbroad and unconstitutional as applied to his peaceful journalistic and protest activities conducted in a traditional public forum. For the reasons set forth in the accompanying memorandum of support, this Court should dismiss all charges as violative of clearly established constitutional principles.

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
Federal Public Defender

BY:   *s/ Dustin C. Talbot*
        DUSTIN C. TALBOT
        Appellate Chief

Federal Public Defender's Office
Middle and Western Districts of Louisiana
102 Versailles Boulevard, Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*s/ Dustin C. Talbot*