

DEFENDANT'S EXHIBIT 2