DEFENDANT'S EXHIBIT 3