UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

UNITED STATES OF AMERICA          CASE NO:   6:25-MJ-00153
                                                         6:25-CR-00227-CBW-1
VERSUS
                                              MAGISTRATE JUDGE WHITEHURST
MATTHEW REARDON

## ORDER

CONSIDERING the Defendant's Motion to Dismiss the Bill of Information, the

motion is hereby GRANTED and the Bill of Information is dismissed.


_____                    _____
Hon. Carol B. Whitehurst                                      Date