UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CASE NO.: 6:25-cr-00227-01 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MATTHEW REARDON (01)** | * | MAGISTRATE JUDGE WHITEHURST |

## MOTION TO ENROLL

The United States of America, through its undersigned counsel, hereby respectfully requests that, Myers P. Namie, Assistant United States Attorney, be enrolled as additional, co-counsel on behalf of the United States of America. Prior counsel for the government will remain enrolled on the above-captioned matter.

WHEREFORE, the United States of America, through its undersigned counsel, respectfully requests that, Myers P. Namie, Assistant United States Attorney, be enrolled as co-counsel of record for the government.

Respectfully submitted,

ALEXANDER C. VAN HOOK
Acting United States Attorney


s/Myers P. Namie
MYERS P. NAMIE, La Bar 29359
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206
(337) 262-6618