UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CASE NO.: 6:25-cr-00227-01 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MATTHEW REARDON (01)** | * | MAGISTRATE JUDGE WHITEHURST |

## ORDER

After considering the Motion to Enroll filed in the captioned matter,

IT IS HEREBY ORDERED that, Myers P. Namie, Assistant United States Attorney, be enrolled as counsel of record in the above-captioned matter for the United States of America.

Done and signed on this 22nd day of September 2025, in Lafayette, Louisiana.

_____
HON. CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE