# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 25-cr-00227** |
| **VERSUS** | |
| **MATTHEW REARDON** | **MAG. JUDGE WHITEHURST** |

## INTERIM ORDER

This matter is before the Court on the Motion of the United States of America seeking a Protective Order, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure. The Court, having been informed that defense objects to the Motion, and being otherwise sufficiently advised of the nature of the Government's concern, is of the opinion that an Interim Order should be issued until such time the Court can set this matter for hearing and issue a ruling thereon.

**THE COURT FINDS** that the government has demonstrated "good cause," pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, for the Court to enter this Interim Protective Order.

**THE COURT FINDS** that there is a serious potential of harm to individuals if the discoverable materials, which the Government intends to disclose to the Defendant, is disseminated in a manner other than that which is stated in this Interim Order.

**THE COURT FINDS** that there is a serious potential that dissemination of the discovery would tend to reveal the methods or operational behavior of the US

Marshal in performing its courthouse security function, if said discovery is disseminated in a manner other than that which is stated in this Interim Order.

**THE COURT FINDS** for purposes of this Order, courthouse security information is defined as information including emails, camera footage, or other law enforcement sensitive materials that may tend to reveal the methods or operational behavior of the US Marshal in performance of its security function.

**THEREFORE, IT IS HEREBY ORDERED** that Defense Counsel of Record shall respond to the Governments Motion by October 22, 2025.

**IT IS FURTHER ORDERED that** Defense Counsel of Record and any authorized agent of Defense Counsel of Record, who are provided discoverable materials containing courthouse security information and sensitive law enforcement materials in the above-captioned matter:

Shall maintain all discovery materials in this case that contain courthouse security information and sensitive law enforcement materials in a secure place in which no person who does not have reason to know their contents has access, and shall restrict viewing of discovery of materials in this case containing said materials until such time as the court has made a final ruling on the Governments Motion.

Done and signed on October 15. 2025, in Lafayette, Louisiana

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE