# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          CASE NO.  6:25-CR-00227-01

**VERSUS**                            MAGISTRATE JUDGE CAROL B. WHITEHURST

**MATTHEW REARDON (01)**

## ORDER

For the reasons stated in the Memorandum Ruling filed herewith,

IT IS ORDERED that Defendant's *Motion for Recusal and Request for Appointment of Judge from outside the District* (Rec. Doc. 32) is granted insofar as Defendant seeks recusal.

IT IS FURTHER ORDERED that the Clerk of Court reassign this matter to Magistrate Judge in another division of this District.

Signed at Lafayette, Louisiana on this 12th day of November, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE