UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CASE NO: | 6:25-MJ-00153 |
| --- | --- | --- |
| | | 6:25-CR-00227-CBW-1 |
| VERSUS | | |
| | MAGISTRATE JUDGE LEBLANC | |
| MATTHEW REARDON | | |

### DEFENDANT'S MOTION TO COMPEL DISCOVERY FROM GOVERNMENT

NOW INTO COURT, through undersigned counsel, comes the defendant herein, Matthew Reardon, who moves this honorable Court to order the government to produce discovery[1] previously requested by the defense for the reasons set forth in the accompanying memorandum in support.

        RESPECTFULLY SUBMITTED,

        REBECCA L. HUDSMITH
        Federal Public Defender

        BY:   *s/ Dustin C. Talbot*
                DUSTIN C. TALBOT
                Appellate Chief

---

[1] Mr. Reardon requests the following discovery:

Any and all video and audio recordings of Matthew Reardon at the John M. Shaw United States Courthouse in Lafayette, Louisiana at any time between June 1, 2025, and the present day. This includes any security camera footage, surveillance footage, or any other video or audio recordings of Matthew Reardon or the incident that formed the basis for this case. This request applies regardless of the entity that holds the rights to the footage. This request applies to all parts of the courthouse, including the interior and exterior portions where Matthew Reardon travelled. Video recordings should be produced in their native format with metadata intact, including timestamps and system information.

Federal Public Defender's Office
Middle and Western Districts of Louisiana
102 Versailles Boulevard, Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*s/ Dustin C. Talbot*