UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO:   6:25-MJ-00153 |
| | 6:25-CR-00227-CBW-1 |
| VERSUS | |
| | MAGISTRATE JUDGE LEBLANC |
| MATTHEW REARDON | |

## ORDER

    Before the Court is the defendant's Motion to Compel Discovery from Government filed on November 17, 2025. Having considered the motion, the Court finds that the requested discovery is material to preparing the defense and that the government has failed to respond to the defendant's timely discovery requests.

    Accordingly,

    IT IS ORDERED that the government shall produce, within seven (7) days of this order, all video and audio recordings of Matthew Reardon at the John M. Shaw United States Courthouse in Lafayette, Louisiana between June 1, 2025 and the present day, including all security camera footage, surveillance footage, or other recordings of the incident that forms the basis for the charges in this case. This production shall include all such footage regardless of which federal entity or contractor holds the recordings. Video recordings shall be produced in their native format with metadata intact, including timestamps and system information.

    IT IS FURTHER ORDERED that if the government does not produce the requested video and audio recordings outlined above, the government shall provide, within seven (7) days of this order, a sworn statement identifying: (1) whether the surveillance footage requested by the defendant exists; (2) whether such footage has been preserved; and (3) if the footage no longer exists, when and why it was destroyed and what preservation efforts were made in response to the defendant's September 8, 2025 request for preservation of evidence.

_____                          _____
DATE                                                                        Hon. Thomas P. LeBlanc
                                                                              United States Magistrate Judge