# FEDERAL PUBLIC DEFENDER
## MIDDLE and WESTERN DISTRICTS OF LOUISIANA
### LAFAYETTE HEADQUARTERS
**102 Versailles Boulevard, Suite 816**
**Lafayette, Louisiana 70501**

**Rebecca L. Hudsmith**  (337) 262-6336
**Federal Public Defender**  Fax (337) 262-6605
  (800) 731-4012

**Dustin C. Talbot**
**Appellate Chief**

September 8, 2025

LaDonte A. Murphy
Assistant United States Attorney
United States Attorney's Office
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832

Re:   *United States v. Matthew Reardon*, Case No. 6:25-MJ-00153
      Request for Preservation of Evidence

Dear Mr. Murphy:

I am writing as counsel of record for Matthew Reardon in the above captioned prosecution to bring your attention to the fact that Government entities are currently in possession of evidence that is material to the defense of my client, which we are requesting that you and your office safeguard to maintain the integrity of the evidence and to facilitate later discovery of these materials.

This letter does not discriminate between materials that are in the direct possession or control of your office and materials in the possession of other Government entities, and the request herein applies with equal force with materials in the possession of other third parties including the United States Marshals Service and the General Services Administration.

Specifically, I respectfully request your assistance in seeing that the following items of evidence for the above captioned prosecution are, at a minimum, preserved through the completion of all proceedings in this matter, including any appeals:

1. All surveillance recordings/videotapes/audiotapes from the John M. Shaw United States Courthouse in Lafayette, Louisiana that depict the front steps, front entryway, foyer, or any other area of the courthouse building or grounds that were visited by Matthew Reardon on the following dates:

**DEFENDANT'S EXHIBIT 1**

September 8, 2025
Page 2
_____

- June 23, 2025
- June 26, 2025
- August 25, 2025 – date of the arrest
- Any other date(s) known to the government when Matthew Reardon visited the courthouse

2. Any photographs/audio recordings/video recordings made by any Court Security Officers[1] or United States Marshal employees of the incidents relevant to this case, including those made on their personal cell phones or electronic devices.

3. Any radio communications or dispatch communications made through courthouse security channels concerning Matthew Reardon or the events that form the basis for this case.

4. Any electronic communications, such as emails or text messages, between courthouse personnel or U.S. Marshal employees or relevant contractors concerning Matthew Reardon or the events that form the basis for this case.

Sincerely,

*s/Dustin C. Talbot*
DUSTIN C. TALBOT
Appellate Chief

/DCT

CC:   John Farrish, Supervisory United States Marshal
      Daniel J. McCoy, Clerk

---

[1] Undersigned counsel believes that at least one court security officer filmed Mr. Reardon with the officer's cellphone during the interactions relevant to this case.