UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          CASE NO. 6:25-CR-00227-01

**VERSUS**                            **MAGISTRATE JUDGE LEBLANC**

**MATTHEW REARDON (01)**

MINUTES OF COURT:
BENCH TRIAL - DAY 2

| Date: | Dec.16, 2025 | Presiding: | Magistrate Judge Thomas P. Leblanc |
|---|---|---|---|
| Court Opened: | 10:00 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 3:37 PM | Court Reporter: | Beth Delatte |
| Statistical Time: | 4:50 | Courtroom: | Courtroom 4 |

**APPEARANCES**

| LaDonte A Murphy (AUSA) | For | United States of America |
| Dustin Charles Talbot (AFPD) | For | Matthew Reardon (01) Defendant |
| Matthew Reardon (01) Defendant | | (Released) |

**PROCEEDINGS**

Counsel met in chambers prior to court opening.
Case called for Bench Trial, Day 2.

Evidence and testimony by Defendant completed.
Defendant rest.

No rebuttal by Government.

Renewed Oral Motion for Rule 29, Judgment of Acquittal by Defendant. The Court DEFERRED ruling at this time.
Closing arguments presented by the Government and Defendant.

**RULING:**
For the reasons stated on the record, the Court DENIED [Doc. 41] Defendant's Motion to Compel Surveillance Footage. Defendant noted his objection to the ruling.

The Court will issue a written verdict and Written Reasons for Judgment on or before **January 15, 2026.** If a verdict of guilty is rendered, the Court will proceed with the Motion to Dismiss. The Court would set a hearing on arguments re Motion to Dismiss on **January 29, 2026, at 10:00 a.m. in Lake Charles, Louisiana, Courtroom 3.** If applicable, the Court will set a deadline to allow the parties no later than seven days prior to that hearing date to submit supplemental briefing on Motion to Dismiss once the parties have the benefit of the Court's reasoning if moving forward to that motion. If a verdict of not guilty is rendered this would moot the issue on the constitutional challenges.

Page 2
USA v Reardon

**FILINGS:**
Witness List – SEALED Motion Hearing
Exhibit List – SEALED Motion Hearing
Witness List – Bench Trial
Exhibit Lists – Bench Trial
Order on Exhibits Permanently Withdrawn