# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**               **CASE NO. 6:25-CR-00227-01**

**VERSUS**                                 **MAGISTRATE JUDGE LEBLANC**

**MATTHEW REARDON (01)**

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | Feb.6,2026 | Presiding: | Magistrate Judge Thomas P. Leblanc |
| Court Opened: | 10:00 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 11:17 AM | Court Reporter: | LCR |
| Statistical Time: | 1:17 | Courtroom: | Courtroom 3 |

### APPEARANCES

| | | |
|---|---|---|
| LaDonte A Murphy (AUSA) | For | United States of America |
| Dustin Charles Talbot (AFPD) | For | Matthew Reardon (01) Defendant (Released) |
| Matthew Reardon (01) Defendant | | |

### PROCEEDINGS

Case called for hearing re Motion to Dismiss Bill of Information [Doc. 16] filed by Matthew Reardon.

After considering oral arguments, motion and memorandums submitted, the Court took the matter under advisement and will issue a written ruling.