UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

UNITED STATES OF AMERICA

VERSUS                                          CASE NO: 6:25-CR-00227-01

MATTHEW REARDON

## NOTICE OF APPEAL

NOTICE is hereby given that Matthew Reardon, the defendant-appellant, hereby appeals to the district court, from the final judgment entered by the magistrate court in these proceedings on August 7, 2026.

RESPECTFULLY SUBMITTED,

CRISTIE GAUTREAUX GIBBENS
Federal Public Defender

BY:    *s/ Dustin C. Talbot*
       DUSTIN C. TALBOT
       Appellate Chief
       Federal Public Defender's Office
       Middle and Western Districts of Louisiana
       102 Versailles Boulevard, Suite 816
       Lafayette, Louisiana 70501
       Telephone: (337) 262-6336

       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*s/ Dustin C. Talbot*