UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

UNITED STATES OF AMERICA

VERSUS CASE NO: 6:25-CR-00227-01

MATTHEW REARDON

**ORDER**

Before the Court is defendant's unopposed motion to set a briefing schedule for the appeal of his misdemeanor conviction to the district court under Federal Rule of Criminal Procedure 58(g)(2). Doc. 77. Having considered the motion, and noting that it is unopposed, the Court finds that it should be, and hereby is, GRANTED.

Accordingly, IT IS ORDERED that the following schedule shall govern the briefing of this appeal:

| | |
|---|---|
| **Defendant's opening appeal brief** | 21 days after all transcripts are filed |
| **Government's response appeal brief** | 30 days after defendant's opening brief is filed |
| **Defendant's reply appeal brief** | 7 days after government's response brief is filed |

SO ORDERED at Lake Charles, Louisiana, this 27th day of August, 2026.

THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE